UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lloyds TSB Bank Plc, <br><br> vs. <br><br> Bank One, N.A. et al. | ) <br> ) 12 Civ. 7263 <br> ) (JLG) <br> ) <br> ) <br> ) <br> ) |
| Metropolitan Life, et al., <br><br> vs. <br><br> Bank One, N.A. et al. | ) <br> ) 12 Civ. 7264 <br> ) (JLG) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF DISMISSALS**

NOTICE IS HEREBY GIVEN that Defendants Thomas G. Mendell, Eric R. Wilkinson, and Linda E. Johnson, Executor of the Estate of Harold W. Pote, have been dismissed as parties to the above-captioned litigations. Attached hereto are copies of the Stipulations of Dismissal.

Dated:  New York, NY
        December 12, 2012

                                    SIMPSON THACHER & BARTLETT LLP

                                    By:  /s/ Mary Kay Vyskocil
                                         Barry R. Ostrager
                                         Mary Kay Vyskocil
                                         Andrew T. Frankel
                                         425 Lexington Avenue
                                         New York, NY 10017
                                         Telephone:  212-455-2000
                                         Facsimile:  212-455-2502

                                         *Attorneys for Defendants Thomas G. Mendell,*
                                         *Eric R. Wilkinson, and the Estate of Harold*
                                         *W. Pote*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

---------------------------------------x
In Re:                                  :   Case No. 2:03-MD-1565
                                        :
National Century Financial Enterprises, Inc.  :   Judge Graham
                                        :   Magistrate Judge Abel
---------------------------------------x

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------x
Lloyds TSB Bank plc                     :   Case No. CV03-2784
                                        :
v.                                      :
                                        :
Bank One, N.A., et al.                  :
---------------------------------------x

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Lloyds TSB Bank plc ("Lloyds") and defendants JPMorgan Chase Bank, N.A., The Beacon Group, LLC, The Beacon Group III - Focus Value Fund, L.P., Bank One, N.A., Banc One Capital Markets, Inc., Thomas G. Mendell, Eric R. Wilkinson and Linda E. Johnson, Executor of the Estate of Harold W. Pote (collectively "Defendants"), by and through their undersigned counsel, stipulate to the dismissal of Lloyds's claims against Defendants with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), with each party to bear its own fees and costs.

Dated: April 18, 2008

Respectfully submitted,

| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br><br>*/s/*<br><br>Harold G. Levison<br>Cindy C. Kelly<br>1633 Broadway<br>New York, New York 10019<br>(212) 506-1700<br>Email: hlevison@kasowitz.com<br>Email: ckelly@kasowitz.com<br><br>Attorneys for Plaintiffs ~~Metropolitan Life~~ Lloyds TSB Bank plc ~~Insurance Company and Metropolitan Insurance and Annuity Company~~ | ISAAC, BRANT, LEDMAN & TEETOR, LLP<br><br>*/s/*<br><br>David G Jennings<br>Timothy B. Miller<br>The Midland Building<br>250 East Broad Street<br>Columbus, Ohio 43215<br>(614) 221-2121<br>Email: davidjennings@isaacbrant.com<br>Email: timmiller@isaacbrant.com<br><br>Attorneys for Plaintiffs Lloyds TSB Bank plc ~~Metropolitan Life Insurance Company and Metropolitan Insurance and Annuity Company~~ |
|---|---|
| KELLEY DRYE & WARREN LLP<br><br>*/s/*<br><br>John M. Callagy<br>William A. Escobar<br>101 Park Avenue<br>New York, NY 10178<br>(212) 808-7800 (voice)<br>(212) 808-7897 (facsimile)<br><br>Attorneys for JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., JPMorgan Partners, LLC and The Beacon Group, LLC | SIMPSON THACHER & BARTLETT LLP<br><br>*/s/*<br><br>Barry R. Ostrager<br>Mary Kay Vyskocil<br>425 Lexington Avenue<br>New York, NY 10017<br>(212) 455-2000 (voice)<br>(212) 455-2502 (facsimile)<br><br>Attorneys for Estate of Harold W. Pote, Thomas G. Mendell, and Eric R. Wilkinson |
| FRIED FRANK HARRIS SHRIVER & JACOBSON LLP<br><br>Douglas H. Flaum<br>Israel David<br>One New York Plaza<br>New York, NY 10004<br>(212) 859-8000 (voice)<br>(212) 859-4000 (fax)<br><br>Attorneys for The Beacon Group III-Focus Value Fund, L.P. | COVINGTON & BURLING LLP<br><br>*/s/*<br><br>C. William Phillips<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 841-1081 (voice)<br>(646) 441-9081 (fax)<br><br>Attorneys for Bank One, N.A. and Banc One Capital Markets, Inc. |

| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | ISAAC, BRANT, LEDMAN & TEETOR, LLP |
|---|---|
| Harold G. Levison<br>Cindy C. Kelly<br>1633 Broadway<br>New York, New York 10019<br>(212) 506-1700<br>Email: hlevison@kasowitz.com<br>Email: ckelly@kasowitz.com<br><br>Attorneys for Plaintiffs<br>~~Metropolitan Life~~ *Lloyds TSB Bank plc*<br>~~Insurance Company and Metropolitan~~<br>~~Insurance and Annuity Company~~ | David G Jennings<br>Timothy E. Miller<br>The Midland Building<br>250 East Broad Street<br>Columbus, Ohio 43215<br>(614) 221-2121<br>Email: davidjennings@isaacbrant.com<br>Email: timmiller@isaacbrant.com<br><br>Attorneys for Plaintiffs *Lloyds TSB Bank plc*<br>~~Metropolitan Life Insurance Company~~<br>~~and Metropolitan Insurance and~~<br>~~Annuity Company~~ |
| KELLEY DRYE & WARREN LLP<br><br>John M. Callagy<br>William A. Escobar<br>101 Park Avenue<br>New York, NY 10178<br>(212) 808-7800 (voice)<br>(212) 808-7897 (facsimile)<br><br>Attorneys for JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., JPMorgan Partners, LLC and The Beacon Group, LLC | SIMPSON THACHER & BARTLETT LLP<br><br>*/s/ Barry R. Ostrager*<br><br>Barry R. Ostrager<br>Mary Kay Vyskocil<br>425 Lexington Avenue<br>New York, NY 10017<br>(212) 455-2000 (voice)<br>(212) 455-2502 (facsimile)<br><br>Attorneys for Estate of Harold W. Pote, Thomas G. Mendell, and Eric R. Wilkinson |
| FRIED FRANK HARRIS SHRIVER & JACOBSON LLP<br><br>*/s/ Israel David*<br><br>Douglas H. Flaum<br>Israel David<br>One New York Plaza<br>New York, NY 10004<br>(212) 859-8000 (voice)<br>(212) 859-4000 (fax)<br><br>Attorneys for The Beacon Group III-Focus Value Fund, L.P. | COVINGTON & BURLING LLP<br><br>*/s/ C. William Phillips*<br><br>C. William Phillips<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 841-1081 (voice)<br>(646) 441-9081 (fax)<br><br>Attorneys for Bank One, N.A. and Banc One Capital Markets, Inc. |

**So ordered:**

s/ James L. Graham
<u>U.S.D.J.</u>

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

-----------------------------------------x
In Re:                                   :   Case No. 2:03-MD-1565
                                         :
National Century Financial Enterprises, Inc. :   Judge Graham
                                         :   Magistrate Judge Abel
-----------------------------------------x

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-----------------------------------------x
Metropolitan Life Insurance Co., et al.  :   Case No. CV03-1882
                                         :
v.                                       :
                                         :
Bank One, N.A., et al.                   :
-----------------------------------------x

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Metropolitan Life Insurance Co. and Metropolitan Insurance and Annuity Company ("MetLife") and defendants JPMorgan Chase Bank, N.A., The Beacon Group, LLC, The Beacon Group III - Focus Value Fund, L.P., Bank One, N.A., Banc One Capital Markets, Inc., Thomas G. Mendell, Eric R. Wilkinson and Linda E. Johnson, Executor of the Estate of Harold W. Pote (collectively "Defendants"), by and through their undersigned counsel, stipulate to the dismissal of MetLife's claims against Defendants with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), with each party to bear its own fees and costs.

Dated: April 8, 2008

Respectfully submitted,

DC: 2788418-1

| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | ISAAC, BRANT, LEDMAN & TEETOR, LLP |
|---|---|
| *[signature]* | *[signature]* |
| Harold G. Levison<br>Cindy C. Kelly<br>1633 Broadway<br>New York, New York 10019<br>(212) 506-1700<br>Email: hlevison@kasowitz.com<br>Email: ckelly@kasowitz.com<br><br>Attorneys for Plaintiffs<br>Metropolitan Life<br>Insurance Company and Metropolitan<br>Insurance and Annuity Company | David G Jennings<br>Timothy E. Miller<br>The Midland Building<br>250 East Broad Street<br>Columbus, Ohio 43215<br>(614) 221-2121<br>Email: davidjennings@isaacbrant.com<br>Email: timmiller@isaacbrant.com<br><br>Attorneys for Plaintiffs<br>Metropolitan Life Insurance Company<br>and Metropolitan Insurance and<br>Annuity Company |
| KELLEY DRYE & WARREN LLP | SIMPSON THACHER & BARTLETT LLP |
| *[signature]* | *[signature]* |
| John M. Callagy<br>William A. Escobar<br>101 Park Avenue<br>New York, NY 10178<br>(212) 808-7800 (voice)<br>(212) 808-7897 (facsimile)<br><br>Attorneys for JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., JPMorgan Partners, LLC and The Beacon Group, LLC | Barry R. Ostrager<br>Mary Kay Vyskocil<br>425 Lexington Avenue<br>New York, NY 10017<br>(212) 455-2000 (voice)<br>(212) 455-2502 (facsimile)<br><br>Attorneys for Estate of Harold W. Pote, Thomas G. Mendell, and Eric R. Wilkinson |
| FRIED FRANK HARRIS SHRIVER & JACOBSON LLP | COVINGTON & BURLING LLP |
|  | *[signature]* |
| Douglas H. Flaum<br>Israel David<br>One New York Plaza<br>New York, NY 10004<br>(212) 859-8000 (voice)<br>(212) 859-4000 (fax)<br><br>Attorneys for The Beacon Group III-Focus Value Fund, L.P. | C. William Phillips<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 841-1081 (voice)<br>(646) 441-9081 (fax)<br><br>Attorneys for Bank One, N.A. and Banc One Capital Markets, Inc. |

| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | ISAAC, BRANT, LEDMAN & TEETOR, LLP |
|---|---|
| Harold G. Levison<br>Cindy C. Kelly<br>1633 Broadway<br>New York, New York 10019<br>(212) 506-1700<br>Email: hlevison@kasowitz.com<br>Email: ckelly@kasowitz.com<br><br>Attorneys for Plaintiffs<br>Metropolitan Life<br>Insurance Company and Metropolitan<br>Insurance and Annuity Company | David G Jennings<br>Timothy E. Miller<br>The Midland Building<br>250 East Broad Street<br>Columbus, Ohio 43215<br>(614) 221-2121<br>Email: davidjennings@isaacbrant.com<br>Email: timmiller@isaacbrant.com<br><br>Attorneys for Plaintiffs<br>Metropolitan Life Insurance Company<br>and Metropolitan Insurance and<br>Annuity Company |
| KELLEY DRYE & WARREN LLP<br><br>John M. Callagy<br>William A. Escobar<br>101 Park Avenue<br>New York, NY 10178<br>(212) 808-7800 (voice)<br>(212) 808-7897 (facsimile)<br><br>Attorneys for JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., JPMorgan Partners, LLC and The Beacon Group, LLC | SIMPSON THACHER & BARTLETT LLP<br><br>Barry R. Ostrager<br>Mary Kay Vyskocil<br>425 Lexington Avenue<br>New York, NY 10017<br>(212) 455-2000 (voice)<br>(212) 455-2502 (facsimile)<br><br>Attorneys for Estate of Harold W. Pote, Thomas G. Mendell, and Eric R. Wilkinson |
| FRIED FRANK HARRIS SHRIVER & JACOBSON LLP<br><br>Douglas H. Flaum<br>Israel David<br>One New York Plaza<br>New York, NY 10004<br>(212) 859-8000 (voice)<br>(212) 859-4000 (fax)<br><br>Attorneys for The Beacon Group III-Focus Value Fund, L.P. | COVINGTON & BURLING LLP<br><br>C. William Phillips<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 841-1081 (voice)<br>(646) 441-9081 (fax)<br><br>Attorneys for Bank One, N.A. and Banc One Capital Markets, Inc. |

So ordered:

s/ James L. Graham
U.S.D.J.