UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
   IN THE MATTER OF REASSIGNMENTS

                    TO  THE                                         NOTICE OF REASSIGNMENTS

   HONORABLE ANDREW J. PECK (AJP) AS
   THE MAGISTRATE JUDGE
-------------------------------------------------------------X


     The following cases are to be reassigned to the calendar of the Honorable ANDREW J. PECK (AJP) as the Magistrate Judge

                        12 CV 5803

                        12 CV 5804

                        12 CV 5805

                        12 CV 7263

                        12 CV 7264


     The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of Reassignment on all defendants.

Dated: 12/12/2012

                                                         Ruby J. Krajick, CLERK


                                      PHYLLIS ADAMIK
                             By: _____
                                        Deputy Clerk




cc: Attorneys of Record