UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Crown Cork & Seal, et al., <br><br> vs. <br><br> Credit Suisse, et al. | ) <br> ) 12 Civ. 5803 <br> ) (JLG) <br> ) <br> ) <br> ) <br> ) |
| The State of Arizona, et al., <br><br> vs. <br><br> Credit Suisse, et al. | ) <br> ) 12 Civ. 5804 <br> ) (JLG) <br> ) <br> ) <br> ) |
| The City of Chandler, et al., <br><br> vs. <br><br> Bank One, et al. | ) <br> ) 12 Civ. 5805 <br> ) (JLG) <br> ) <br> ) <br> ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Whereas, on or about April 11, 2006, each and all of the Plaintiffs in the above captioned proceedings (the "Arizona Noteholders") voluntarily dismissed, with prejudice, all of their claims against Harold W. Pote, Thomas G. Mendell, and Eric R. Wilkinson (collectively, the "Outside Directors," and together with the Arizona Noteholders, the "Parties"). *See In Re National Century Financial Enterprises, Inc.*, Case No. 2:03-MD-1565, Docket No. 835 (Attached hereto as Exhibit A).

Whereas, for the sake of clarity and finality, the Parties, by and through their undersigned counsel, stipulate to the dismissal of the Arizona Noteholders' claims against the Outside Directors with prejudice pursuant to Fed. R. Civ. P.41(a)(2), with each party to bear its own fees and costs.

Dated:   New York, NY
         December 19, 2012

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By: _____

Barry R. Ostrager
Mary Kay Vyskocil
Andrew T. Frankel
425 Lexington Avenue
New York, NY 10017
Telephone:  212-455-2000

*Attorneys for Defendants Thomas G. Mendell, Eric R. Wilkinson, and the Estate of Harold W. Pote*

GIBBS & BRUNS LLP

By: _____

Kathy D. Patrick (*pro hac vice*)
Robert J. Madden (*pro hac vice*)
Jeffry J. Cotner (*pro hac vice*)
Scott A. Humphries (*pro hac vice*)
Aundrea K. Gulley (*pro hac vice*)
Sydney Ballesteros (*pro hac vice*)
1100 Louisiana, Suite 5300
Houston, Texas 77002
Phone: (713) 650-8805

WARNER PARTNERS, P.C.
Kenneth E. Warner
950 Third Avenue, 32nd Floor
New York ,New York 10022
Phone: (212) 593-8000

*Attorneys for Arizona Noteholder Plaintiffs*

So ordered:

_____
U.S.D.J.

Dated:   New York, NY
           December 19, 2012

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By:   _____

Barry R. Ostrager
Mary Kay Vyskocil
Andrew T. Frankel
425 Lexington Avenue
New York, NY 10017
Telephone:  212-455-2000

*Attorneys for Defendants Thomas G. Mendell, Eric
R. Wilkinson, and the Estate of Harold W. Pote*

GIBBS & BRUNS LLP

By:   Kathy Patrick /MKG

Kathy D. Patrick (*pro hac vice*)
Robert J. Madden (*pro hac vice*)
Jeffry J. Cotner (*pro hac vice*)
Scott A. Humphries (*pro hac vice*)
Aundrea K. Gulley (*pro hac vice*)
Sydney Ballesteros (*pro hac vice*)
1100 Louisiana, Suite 5300
Houston, Texas 77002
Phone: (713) 650-8805

WARNER PARTNERS, P.C.
Kenneth E. Warner
950 Third Avenue, 32nd Floor
New York ,New York 10022
Phone: (212) 593-8000

*Attorneys for Arizona Noteholder Plaintiffs*

So ordered:

_____

U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2012 the foregoing was served upon all parties by electronic delivery through the Court's ECF document filing system.

/s/ Philip Mirrer-Singer

# EXHIBIT A

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

---------------------------------------------------  x

**In Re:**  :  **Case No. 2:03-MD-1565-JLG-MRA**
**National Century Financial Enterprises, Inc.**  :

:  **Judge Graham**
:  **Magistrate Judge Abel**

---------------------------------------------------  x

UNITED STATES DISTRICT COURT - DISTRICT OF ARIZONA

City of Chandler, *et al.,*  )  No. CV03-1220-PHX
)
vs.  )
)
Bank One, N.A., *et al.,*  )
---------------------------------------------------  )
State of Arizona, *et al.,*  )  No. CIV 03-1618-PHX
)
vs.  )
)
Credit Suisse First Boston Corp., *et al.,*  )
---------------------------------------------------  )
Crown Cork & Seal Company, Inc.  )  No. CV-03-2084-PHX
Master Retirement Trust, *et al.,*  )
)
vs.  )
)
Credit Suisse First Boston Corp., *et al.*  )

**Notice of Voluntary Dismissal, With Prejudice, of Arizona Noteholders' Claims Against JP Morgan Settling Defendants**

Pursuant to Fed. R. Civ. P. 41(a), and in consideration of the settlement they have reached

with JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., JPMorgan Partners, LLC, The Beacon

Group, LLC, Bank One, N.A., Bank One Corporation, Banc One Capital Markets, Inc., Harold W.

Pote, Thomas G. Mendell, Eric Wilkinson and The Beacon Group III – Focus Value Fund, L.P.

("Focus Value Fund") (collectively the "JP Morgan Settling Defendants"), each and all of the

Plaintiffs in the above captioned proceedings (the "Arizona Noteholders") voluntarily dismiss, with

prejudice, all of their claims against the JP Morgan Settling Defendants. Nothing in this dismissal is,

or shall be construed to be, a dismissal of the Arizona Noteholders' claims against any defendant

other than the JP Morgan Settling Defendants.

Respectfully submitted,

    /s/ Kathy D. Patrick
Kathy D. Patrick (TX Bar No. 15581400)
Jeffry J. Cotner (TX Bar No. 00783884)
Scott A. Humphries (TX Bar No. 00796800)
GIBBS & BRUNS, L.L.P.
1100 Louisiana, Suite 5300
Houston, Texas 77002
Telephone No. (713) 650-8805
Facsimile No. (713) 750-0903
E-mail: Kpatrick@gibbs-bruns.com
E-mail: Jcotner@gibbs-bruns.com
E-mail: Shumphries@gibbs-bruns.com

ATTORNEYS FOR PLAINTIFFS IN THE *CITY OF CHANDLER, ET AL. V. BANK ONE, N.A., ET AL; STATE OF ARIZONA, ET AL. V. CREDIT SUISSE FIRST BOSTON CORP., ET AL,* AND CROWN CORK & SEAL COMPANY, INC., ET AL. V. *CREDIT SUISSE FIRST BOSTON CORP., ET AL,* ACTIONS PENDING IN THE DISTRICT OF ARIZONA

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2006 , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following as indicated on the service list, and I hereby certify that I have mailed by certified mail, return receipt requested, United Postal Service the document to those parties who are not CM/ECF participants.

    /s/ Kathy D. Patrick

**Service List**

| | |
|---|---|
| **VIA CM/ECF**<br>Brian Dickerson<br>R. Polifrono<br>Maguire & Schneider, LLP<br>250 Civic Center Drive, Suite 200<br>Columbus, OH 43215<br>**Attorneys for Defendant Donald Ayers,**<br>**Ayers LLC, Elyse Ayers, and E&D**<br>**Investments** | **VIA CM/ECF**<br>Michael Carpenter<br>Carpenter & Lipps, LLP<br>1600 Huntington Center, 41 South High Street<br>Columbus, OH 43215<br><br>**VIA CM/RRR and CM/ECF**<br>Barry Ostrager; Mary Kay Vyskocil, Andrew<br>Frankel, Brian Chisling<br>Simpson Thacher & Bartlett, LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>**Attorneys for Defendants Thomas G. Mendell,**<br>**Harold W. Pote and Eric R. Wilkinson** |
| | **VIA CM/ECF**<br>Kyle Lonergan,<br>K. Russum, S. Craig, R. Counteepistorius,<br>and D. Goodcare<br>Simpson, Thacher & Barlett<br>425 Lexington Avenue<br>New York, NY 10017-3909<br>**Attorneys for Defendants Thomas G. Mendell,**<br>**Harold W. Pote and Eric R. Wilkinson** |
| ***VIA CM/RRR***<br>Andrew Stewart Ashworth, Esq.<br>Gabriel & Ashworth, PLLC<br>10105 East Via Linda<br>Suite 103, No. 392<br>Scottsdale, AZ 85258<br>**Attorney for Richard Heuer** | **VIA EM/ECF**<br>C. William Phillips; Benjamin Block;<br>James Garland<br>Gary Rubman, Esq.<br>Covington & Burling<br>1201 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2401<br><br>**Attorneys for Defendants Bank One N.A.,**<br>**Bank One Corporation, and Banc One**<br>**Capital Markets, Inc.** |
| **VIA CM/ECF**<br>Robert M. Cary, Esq.;<br>C. Singer, Esq.;Matthew Andelman; John Villa<br>Williams & Connolly, LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005-3901<br><br>**VIA CM/RRR and CM/ECF**<br>Matthew Fornshell<br>Kohrman Jackson & Krantz<br>One Cleveland Center<br>1375 E. 9th Street, 20th Floor | **VIA CM/ECF**<br>Michael J. Collins, Esq.<br>Bickel & Brewer<br>4800 Bank One Center<br>1717 Main Street, Suite 4800<br>Dallas, TX 75201<br><br>**VIA CM/ECF**<br>Joseph J. Murray<br>Tiffany@mmmb.com<br>Jennifer@mmmb.com |

| | |
|---|---|
| Cleveland, OH 44114<br>**Attorneys for Defendant Purcell & Scott** | Murray Murphy Moul & Basil<br>1533 Lake Shore Drive, Suite 150<br>Columbus, OH 43204<br>**Attorneys for Pharos Plaintiffs** |
| **VIA CM/ECF**<br>James J. Coster, Esq.<br>Satterlee Stephens Burke & Burke, LLP<br>230 Park Avenue<br>New York, NY 10169-0079<br><br>**VIA CM/ECF**<br>Lawrence David Walker<br>Taft Stettinius & Hollister – 2<br>21 E. State Street, 12th Floor<br>Columbus, OH 43215-4221<br>**Attorneys for Defendant Moody's Investors Services, Inc.** | **VIA CM/ECF**<br>Evan A. Davis and Stephen Rich<br>Carmine Boccuzzi, Esq.<br>Cleary, Gottlieb, Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006-1470<br><br>*VIA CM/RRR*<br>Eric Seiler, Esq.<br>Joshua A. Polak, Esq.<br>Friedman Kaplan Steiler & Adelman, LLP<br>One Gateway Center, 25th Floor<br>Newark, NJ 07102-5311<br>**Attorneys for Defendant Fitch, Inc.** |
| **VIA CM/RRR**<br>William D. Davis, Esq.<br>P. O. Box 1224<br>Gallipolis, OH 45631-6224<br>**Attorneys for Defendant E&D Investments, Inc.** | **VIA CM/RRR**<br>William K. Davis, Esq.<br>Bell, Davis & Pitt, Pa<br>100 North Cherry Street, Suite 600<br>Winston-Salem, NC 27120-1029<br><br>**VIA CM/ECF**<br>Timothy S. Rankin<br>Onda LaBuhn & Rankin Co., LPA<br>266 N. Fourth Street, Suite 100<br>Columbus, OH 43215<br>**Attorneys for Florida Health Plan Management, Inc.** |

| | |
|---|---|
| **VIA CM/RRR**<br>Howard D. DuBosar, Esq.<br>Dubosar & Dolnick, PA<br>3010 North Military Trail, Suite 210<br>Boca Raton, FL 33431<br>**Attorney for CHC Clintwood Inc.** | **VIA CM/ECF**<br>William A. Escobar<br>Nicholas J. Panarella<br>John Callagy; J. Hankin<br>Kelley Drye & Warren, LLP<br>101 Park Avenue<br>New York, NY 10178<br><br>**VIA CM/ECF**<br>O. Judson Scheaf; John Bernard Kopf;<br>Nita Hanson; Rhonda Van Arsdale<br>William Chester Wilkinson; Cindy Wagner<br>Thompson Hine LLP<br>10 West Broad Street, 7th Floor<br>Columbus, OH 43215<br>**Attorneys for Defendant JP Morgan Chase<br>& Co., JP Morgan Chase Bank, JP Morgan<br>Partners, LLC and The Beacon Group, LLC** |
| **VIA CM/ECF**<br>Andrew L. Goldman, Esq.<br>Bartlit Beck Herman Palenchar & Scott<br>Courthouse Place<br>54 West Hubbard Street, Suite 300<br>Chicago, IL 60610<br><br>**VIA CM/RRR**<br>Philip A. Brown<br>Vorys, Sater, Seymour & Pease LLP<br>52 East Gay Street<br>P. O. Box 1008<br>Columbus, OH 43216<br><br>**VIA CM/RRR**<br>Michael Szolosi<br>McNamara and McNamara, LLP<br>88 East Broad Street<br>Columbus, OH 43215<br>**Attorneys for Defendant Deloitte & Touche,<br>LLP** | **VIA CM/ECF**<br>John Edward Haller, Esq.<br>Shumaker Loop & Kendrick<br>41 South High Street, Suite 2210<br>Columbus, OH 43215<br><br>**VIA CM/RRR**<br>Phillip Jones<br>Williams, Turner & Holmes, P.C.<br>200 North 6th Street<br>P. O. Box 338<br>Grand Junction, Colorado 81502<br><br>**VIA CM/RRR**<br>Michael J. O'Connor<br>Mike Farrell<br>Jennings, Strouss & Salomon, PLC<br>The Collier Center – 11th Floor<br>201 East Washington Street<br>Phoenix, AZ 85004-2385 |

| | VIA CM/ECF and CM/RRR |
| --- | --- |
| | Albert J. Lucas and L. Horne |
| | Calfee Halter & Griswold, LLP |
| | 1400 McDonald Investment Center |
| | 800 Superior Avenue |
| | Columbus, OH 44114-2688 |
| | **Attorney for Defendant Kuld Corporation,** |
| | **Barbara Poulsen and Lance Poulsen** |
| **VIA CM/ECF** | **VIA CM/ECF** |
| Robert N. Kaplan, Esq. | Harold G. Levison, Esq.; F. Figueroa, Esq. |
| Kaplan, Kilsheimer & Fox, LLP | C. Kelly, Esq.; N. Berstein, Esq.; |
| 805 3rd Avenue | Michael H. Rogers and D. Ross |
| New York, NY 10022 | Kasowitz Benson Torres & Friedman, LLP |
| **Attorneys for Plaintiffs Michael Mahoney,** | 1633 Broadway |
| **Louis Janssen and All Other Similarly** | New York, NY 10019-6799 |
| **Situated** | |
| | **VIA CM/ECF** |
| | David G. Jennings |
| | Amy Hoover |
| | Timothy Edward Miller |
| | Issaac Brant Ledman & Teetor |
| | 250 E. Broad Street, Suite 900 |
| | Columbus, OH 43215-3742 |
| | **Attorneys for Plaintiffs Met Life and Lloyds** |
| | **TSB Bank plc** |
| **VIA CM/ECF AND CM/RRR** | **VIA CM/ECF** |
| William R. Maguire, Esq. | David W. Alexander, Esq. |
| Sarah Loomis Cave, Esq. | Keith Shumate, Esq. |
| David Guerrero, Esq. | P. Brian See, Esq. |
| Hughes Hubbard & Reed, LLP | C. H. Perez, Esq. |
| One Battery Park Plaza | Squire, Sanders & Dempsey, LLP |
| New York, NY 10004-1482 | 1300 Huntington Center |
| | 41 S. High Street |
| **VIA CM/ECF** | Columbus, OH 43215 |
| Dan L. Cvetanovich, Esq. | **Attorneys for Plaintiff Bank One, N.A. as** |
| Tiffany C. Miller | **Indenture Trustee** |
| Bailey Cavalieri LLC | |
| 10 West Broad Street | |
| Columbus, OH 43215-3422 | |
| **Attorneys for PricewaterhouseCoopers LLP** | |

| VIA CM/ECF | VIA CM/RRR |
|---|---|
| Seymour Sacks<br>Sacks Tierney P.A. Lawyers<br>4250 North Drinkwater Blvd., 4th Floor<br>Scottsdale, AZ 85251<br><br>Benjamin Zacks<br>James Billings<br>Marcus Dunn<br>Zacks Law Group<br>33 South James Road, 3rd Floor<br>Columbus, OH 43213<br>**Attorneys for Rebecca Parrett** | R. Brian Oxman, Esq.<br>R. Brian Oxman Law Offices<br>14126 E. Rosencrans Blvd.<br>Santa Fe Springs, CA 90670<br><br>**VIA CM/ECF**<br>David Albert Kopech<br>Kopech & Associates<br>140 E. Town Street, Suite 1070<br>Columbus, OH 43215<br>**Attorney for Cranford L. Scott** |
| VIA CM/ECF | *VIA* CM/ECF |
| Barry Sher, Esq.<br>Israel David, Esq.<br>David Flaum, Esq.<br>Thomas Ross Hooper<br>Shazeb Lari<br>Lara Turcik<br>Fried, Frank, Harris, Shriver & Jacobsen, LLP<br>One New York Plaza<br>New York, NY 10004-1980<br><br>**VIACM/RRR**<br>Thomas L. Rosenberg<br>Jessica L. Davis<br>Roetzel & Andress, LPA<br>155 E. Broad Street, 12th Fl.oor<br>Columbus, Ohio 43215<br><br>**Attorneys for The Beacon Group, III Focus Value Fund** | Jeffrey Q. Smith, Esq.;<br>Steven G. Brody, Esq.; R.Colby Allsbrook<br>King and Spaulding, LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br><br>**VIA CM/ECF**<br>Thomas Leslie Long<br>Baker & Hostetler – 2<br>65 E. State Street, Suite 2100<br>Columbus, OH 43215-4260<br>**Attorneys for Defendant Credit Suisse First Boston and Credit Suisse First Boston, LLC** |

| VIA CM/ECF<br>Roger P. Sugarman, Esq.<br>Kegler, Brown, Hill & Ritter<br>65 East State Street<br>Suite 1800<br>Columbus, OH 43215<br>**Attorneys for Defendant The Shattan Group, LLP** | VIA CM/RRR<br>Joseph C. Wasch, Esq.<br>888 East Olas Blvd., Suite 210<br>Ft. Lauderdale, FL 33301<br>**Attorneys for Biosource Corporation** |
|---|---|
| VIA CM/RRR and (CM/ECF)<br>David M. Wells, Esq.<br>William K. Deem, Esq.<br>C. Hilf, Esq.<br>McGuire Woods LLP<br>50 North Laura Street, Suite 3300<br>Jacksonville, FL 32202-4099<br>**Attorneys for Defendants Albert Martson, Sam J. Romeo, Frank Magliochetti, George Kuselias, Suzanne Hosch and Johnson** | VIA CM/RRR<br>ACC/Allcare of Pennsylvania<br>23975 Park Sorrento, Suite 370<br>Calabasas, CA 91302-4022<br>**Pro Se** |
| VIA CM/RRR<br>Home Medical Care of America, Inc.<br>55 Carnegie Plaza<br>Cherry Hill, NJ 08003<br>**Pro Se** | VIA CM/RRR<br>National Rehab of Florida<br>P. O. Box 5050<br>Cherry Hill, NJ 08034-5050<br>**Pro Se** |
| VIA CM/RRR<br>Craig W. Porter<br>42 Faxon Street<br>Newton, MA 02458<br>**Pro Se** | VIA CM/ECF<br>Susan S. Oosting, Esq.<br>Michael J. Obringer, Esq.<br>Obringer, DeCandio & Oosting, P.A.<br>12 E. Bay Street<br>Jacksonville, FL 32202-5147<br><br>**VIA CM/ECF and CM/RRR**<br>Roger L. Longtin, Lawrence A. Wojcik and Paula D. Friedman<br>Piper Rudnick<br>203 N. LaSalle Street, Suite 1800<br>Chicago, IL 60601-1293<br>**Attorneys for Defendant R. J. Gold & Company** |

| | |
|---|---|
| **VIA CM/ECF**<br>Thomas J. Fellig,<br>J. Temchin, and J. Scott<br>Fellig, Feingold, Edelblum & Schwartz, LLC<br>Two University Plaza, Suite 307<br>Hackensack, NJ 07601<br>**Attorney for Barbara Poulsen and Lance Poulsen** | **CM/ECF**<br>Kevin Janus, Nathaniel Read & Enoch Liang<br>Quinn, Emanuel, Urquhart, Oliver & Hedges<br>335 Madison Avenue, 17th Floor<br>New York, NY 10017<br>**Attorney for ING Bank, N.V.** |
| **VIA CM/ECF**<br>George Ridge<br>Cooper, Ridge & Lantinberg, P.A.<br>1200 Sun Trust Bank Building<br>200 West Forsyth Street<br>Jacksonville, FL 32202 | **VIA CM/ECF**<br>James Edward Arnold<br>Clark, Perdue, Roberts & Scott<br>471 E. Broad Street, Suite 1400<br>Columbus, OH 43215 |
| **VIACM/ECF**<br>Richard B. Harper<br>McCarter & English<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102 | **VIA CM/ECF and CM/RRR**<br>Stanley H. Wakshlag<br>Brian P. Miller<br>Samantha K. Kavanaugh<br>*Akerman Senterfitt*<br>One Southeast Third Avenue, 28th Floor<br>Miami, FL 33131-1704<br>**Attorneys for John F. Andrews** |
| **VIA CM/ECF**<br>Marc J. Kessler and K. Essex<br>kessex@hahnlaw.com<br>Hahn Loeser & Parks, LLP<br>1050 Fifth Third Center<br>21 East State Street<br>Columbus, OH 43215-4224<br><br>**Attorneys for Amedisys, Inc. and its Affiliates** | **VIA ECF**<br>Hector D. Geribon & Steven Fineman<br>Lieff Cabraser Heinmann & Bernstein, LLP<br>780 Third Avenue<br>48th Floor<br>New York, NY 10017 |
| **VIA CM/RRR**<br>Kenneth Vianale<br>Julie Prag Vianale<br>Vianale & Vianale, LLP<br>2499 Glades Road, Suite 112<br>Boca Raton, FL 33431<br><br>**Attorneys for Mahoney** | **VIA CM/RRR and EM/ECF**<br>Robert Frederic Brown, Lynn Longtin and Arthur Phelps<br>Rendigs Fry Kiely & Dennis, LLP -1<br>One West Fourth Street, Suite 900<br>Cincinnati, OH 45202-3688 |