UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Crown Cork & Seal Company Inc. Master Retirement Trust**, *et al.*,<br>  Plaintiffs,<br>v.<br>**Credit Suisse First Boston Corp**, *et al.*,<br>  Defendants. | **Case No. 1:12-cv-05803-JLG**<br>**Judge James L. Graham** |
| **State of Arizona**, *et al.*,<br>  Plaintiffs,<br>v.<br>**Credit Suisse First Boston Corp**, *et al.*,<br>  Defendants. | **Case No. 1:12-cv-05804-JLG**<br>**Judge James L. Graham** |
| **City of Chandler**, *et al.*,<br>  Plaintiffs,<br>v.<br>**Bank One, N.A.**, *et al.*,<br>  Defendants. | **Case No. 1:12-cv-05805-JLG**<br>**Judge James L. Graham** |
| **Lloyd's TSB Bank PLC**,<br>  Plaintiffs,<br>v.<br>**Bank One, N.A.**, *et al.*,<br>  Defendants. | **Case No. 1:12-cv-07263-JLG**<br>**Judge James L. Graham** |
| **Metropolitan Life Insurance Co.**, *et al.*,<br>  Plaintiffs,<br>v.<br>**Bank One, N.A.**, *et al.*,<br>  Defendants. | **Case No. 1:12-cv-07264-JLG**<br>**Judge James L. Graham** |

**VERIFIED MOTION TO WITHDRAW AS
COUNSEL FOR DEFENDANT LANCE POULSEN**

John E. Haller and the firm of SHUMAKER, LOOP & KENDRICK, LLP ("Shumaker"), pursuant to Local Civil Rule 1.4, move the Court for permission to withdraw as counsel for Defendant Lance Poulsen ("Poulsen") in these actions. This Motion is based on the following grounds:

1.  In support of this Motion, Mr. Poulsen's Affidavit is attached as **Exhibit A**.

2.  Mr. Poulsen has requested that Mr. Haller and Shumaker withdraw from representing him in this matter and that he be allowed to proceed *pro se* in this matter due to the fact that Mr. Poulsen's cannot afford to pay the fees and expenses that he anticipates will be incurred during a jury trial that is currently estimated to last for at two months or more.

3.  Mr. Poulsen was provided with a copy of this Motion on December 17, 2012.

4.  Mr. Poulsen has been fully informed of his obligations under the Court's Pre-Trial Scheduling Order (docket 89) and agrees to comply with it and other orders that will be issued by the Court in this matter.

5.  As stated in his Affidavit, *Exhibit* A, Mr. Poulsen further understands that this matter will proceed to trial beginning on April 1, 2013, and he agrees that he will not use nor will he be permitted to use the withdrawal of Mr. Haller and Shumaker as a ground for a continuance of the trial or the extension of any of the deadlines set forth in the Court's Pre-Trial Scheduling Order (docket 89).

6. Mr. Poulsen has also been fully informed that due to his current incarceration, his appearance at trial is not guaranteed, and it will be his sole responsibility and obligation to file the appropriate motions or writs to effectuate his appearance at trial.

7. In the event that Mr. Haller and Shumaker are permitted to withdraw as Mr. Poulsen's counsel in this matter, all future filings by the parties should be served on Mr. Poulsen by mail at the following address:

> Lance K. Poulsen
> Register #34193-018
> F.C.I. Williamsburg
> Inmate Mail
> P.O. Box 340
> Salters, SC 29590

8. Mr. Haller and Shumaker are not asserting a retaining or charging lien.

9. Accordingly, Mr. Haller and Shumaker respectfully request that the Court grant them permission to withdraw as counsel for Mr. Poulsen in this matter. A proposed order granting this Motion has been submitted with this Motion.

>  /s/ *John E. Haller*
> John E. Haller (*pro hac vice*)
> jhaller@slk-law.com
> SHUMAKER LOOP & KENDRICK LLP
> 41 South High Street, Suite 2400
> Columbus, OH 43215
> Tel:  614.628.4430
> Fax: 614.643.1108

## VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct. This Verification was executed on December 21, 2012.

                                                           */s/ John E. Haller*
                                                           John E. Haller

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served on December 21, 2012 on all parties by electronic delivery through the Court's ECF document filing system and by U.S. mail, postal express, on Mr. Poulsen at the following address:

Lance K. Poulsen
Register #34193-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

                                                           */s/ John E. Haller*
                                                           John E. Haller

SLK_COL: #232484v1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LLOYDS TSB BANK PLC, et, al.,<br><br>　　　　Plaintiff(s)<br><br>vs.<br><br>BANK ONE, N.A. et, al.,<br><br>　　　　Defendant(s). | CASE No CV03-2784<br>Related:12-07263-JLG<br>　　　　12-07264-JLG |

In Re: Affidavit of LANCE POULSEN

---

LANCE POULSEN #34193-018　　　　LLYODS TSB BANK ONE PLC
F.C.I. WILLIAMSBURG　　　　　　　C/O BRIAN L. CODIN
P.O. Box 340　　　　　　　　　　　Sarah Gibbs Leivick
Inmate Mails　　　　　　　　　　　KASOWITZ, BENSON, TORRES
Salters, South Carolina　　　　　& FRIEDMAN, LLP
29590　　　　　　　　　　　　　　　1633 Broadway
　　　　　　　　　　　　　　　　　New York, New York
　　　　　　　　　　　　　　　　　10019

Defendant(s)/Affiant　　　　　　　Plaintiff(s)

---

State of South Carolina　　)
　　　　　　　　　　　　　　)SS: Affidavit of Lance Poulsen
County of Williamsburg　　 )

　　　　Lance K. Poulsen, being duly sworn, deposes and says:

1.　I have requested John E. Haller and the firm of Shumaker, Loop & Kendrick, LLP ("Shumaker") to withdraw from representing me in the above-entitled matter.

2.　I wish to represent myself pro se in this matter. This is due in part to the fact that I am subject to restitution order of the United States District Court for the Southern District of Ohio in excess of $2 billion dollars and cannot afford to pay the legal fees and expenses of a jury trial that I have been informed will last two or more months in New York City, NY.

Page One of Two

1



3. Mr. Haller has fully informed me of my obligations under the Courts Pre-Trial Scheduling Order and I agree to comply with this scheduling order and all other orders that will be issued by the Court in this matter.

4. I understand that this matter will proceed to a trial by jury beginning on April 1, 2013, and that I will not be permitted to use the withdrawal of Mr. Haller and Shumaker as a ground for a continuance of the trial or the extension of any of the deadlines set forth in the Court's Pre-Trial Scheduling Order.

5. I further understand that due to my current incarceration, my appearance at trial is not certain, and it will be my sole responsibility and obligation to file the appropriate motions or writs to effectuate my appearance at trial.

6. In the event that Mr. Haller and Shumaker are permitted to withdraw as my counsel in this matter, I agree to accept all future filings by the parties in this case by mail at the following address:

LANCE K. POULSEN
Register No.:# 34193-018
F.C.I. WILLIAMSBURG
P.O.Box 340
Inmate Mails
Salters, South Carolina
29590

Sworn to under penalty of perjury on this 17 day of DEC., 2012.

Further Affiant Sayeth Naught

*Lance K. Poulsen* (signature)
Lance K. Poulsen

State of South Carolina    )
                           ) SS:
County of Williamsburg     )
_____/


Subscribed and sworn to before me on this _____ day of December, 2012.

_____
NOTARY PUBLIC

SEAL:

My commission expires on:

Page Two of Two

2