UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CROWN CORK & SEAL COMPANY, INC. MASTER RETIREMENT TRUST, et al., <br>       Plaintiffs, <br>   v. <br> CREDIT SUISSE FIRST BOSTON CORP., et al., <br>       Defendants. | Case No. 12-05803-JLG <br> Judge James L. Graham |
| STATE OF ARIZONA, et al., <br>       Plaintiffs, <br>   v. <br> CREDIT SUISSE FIRST BOSTON CORP., et al., <br>       Defendants. | Case No. 12-05804-JLG <br> Judge James L. Graham |
| CITY OF CHANDLER, et al., <br>       Plaintiffs, <br>   v. <br> BANK ONE, N.A., et al., <br>       Defendants. | Case No. 12-05805-JLG <br> Judge James L. Graham |
| LLOYDS TSB BANK PLC, <br>       Plaintiff, <br>   v. <br> BANK ONE, N.A., et al., <br>       Defendants. | Case No. 12-07263-JLG <br> Judge James L. Graham |
| METROPOLITAN LIFE INSURANCE COMPANY, et al., <br>       Plaintiffs, <br>   v. <br> BANK ONE, N.A., et al., <br>       Defendants. | Case No. 12-07264-JLG <br> Judge James L. Graham |

## NOTICE OF CREDIT SUISSE'S RENEWED MOTION TO EXCLUDE THE EXPERT TESTIMONY AND REPORT OF JOHN C. COFFEE

BINGHAM MCCUTCHEN LLP

Jeffrey Q. Smith (JS-7435)
Steven G. Brody (SB-6859)
Susan F. DiCicco (SD-8013)
Laila Abou-Rahme (LA-8962)
399 Park Avenue
New York, New York 10022
Tel: (212) 705-7000

COOLEY LLP

William J. Schwartz (WJS-8462)
Jason Koral (JK-1044)
1114 Avenue of the Americas
New York, New York 10036
Tel: (212) 479-6000

PLEASE TAKE NOTICE that Credit Suisse Securities (USA) LLC and Credit Suisse AG, New York Branch (together, "Credit Suisse"), by and through their undersigned counsel, move this Court, before the Honorable James L. Graham, for an order pursuant to Federal Rule of Evidence 702 excluding the expert testimony and report of John C. Coffee upon the following papers previously filed in <u>In re National Century Financial Enterprises, Inc. Investment Litigation</u>, No. 2:03-md-1565 (S.D. Ohio) (the "MDL"):

- Memorandum of Law of Credit Suisse Securities (USA) LLC and Credit Suisse, New York Branch in Support of Their Motion to Exclude the Expert Testimony and Report of John C. Coffee, dated July 17, 2009 (MDL Docket No. 1654).

- The Affidavit of Matthew J. Lawson in Support of Credit Suisse Securities (USA) LLC and Credit Suisse, New York Branch's Motion to Exclude the Expert Testimony and Report of John C. Coffee, sworn to July 16, 2009 (MDL Docket No. 1654).

Credit Suisse first moved for the relief requested herein on July 17, 2009 (MDL Docket No. 1650). On March 2, 2012, the Court denied Credit Suisse's motion "without prejudice to renewal before the trial court." <u>In re Nat'l Century Fin. Enter., Inc.</u>, 846 F. Supp. 2d 828, 876 n.16 (S.D. Ohio 2012). In accordance with the Court's November 27, 2012 Pretrial Scheduling Order, Credit Suisse hereby renews its Motion to Exclude the Expert Testimony and Report of John C. Coffee at this time and submits the above docket references to its previously-filed papers. As instructed by the Court during the November 26, 2012 telephonic status conference, Credit Suisse is not refiling the papers in support of this renewed motion.

2

| | |
|---|---|
| Dated: New York, New York<br>December 21, 2012 | Respectfully submitted,<br><br>BINGHAM MCCUTCHEN LLP<br><br>By: /s/ Jeffrey Q. Smith<br>  Jeffrey Q. Smith (JS-7435)<br>  Steven G. Brody (SB-6859)<br>  Susan F. DiCicco (SD-8013)<br>  Laila Abou-Rahme (LA-8962)<br>399 Park Avenue<br>New York, New York 10022<br>Tel: (212) 705-7000<br><br>-and-<br><br>COOLEY LLP<br><br>William J. Schwartz (WJS-8462)<br>Jason Koral (JK-1044)<br>1114 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212) 479-6000<br><br>*Attorneys for Defendants*<br>*Credit Suisse Securities (USA) LLC and*<br>*Credit Suisse AG, New York Branch* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2012 the foregoing was served upon all parties by electronic delivery through the Court's ECF document filing system.

                                                                           /s/  Matthew J. Lawson
                                                                             Matthew J. Lawson