UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CROWN CORK & SEAL COMPANY, INC. MASTER RETIREMENT TRUST, et al., <br>                              Plaintiffs, <br>        v. <br> CREDIT SUISSE FIRST BOSTON CORP., et al., <br>                              Defendants. | Case No. 12-cv-05803-JLG <br> Judge James L. Graham |
| STATE OF ARIZONA, et al., <br>                              Plaintiffs, <br>        v. <br> CREDIT SUISSE FIRST BOSTON CORP., et al., <br>                              Defendants. | Case No. 12-cv-05804-JLG <br> Judge James L. Graham |
| CITY OF CHANDLER, et al., <br>                              Plaintiffs, <br>        v. <br> BANK ONE, N.A., et al., <br>                              Defendants. | Case No. 12-cv-05805-JLG <br> Judge James L. Graham |
| LLOYDS TSB BANK PLC, <br>                              Plaintiff, <br>        v. <br> BANK ONE, N.A., et al., <br>                              Defendants. | Case No. 12-cv-07263-JLG <br> Judge James L. Graham |
| METROPOLITAN LIFE INSURANCE COMPANY, et al., <br>                              Plaintiffs, <br>        v. <br> BANK ONE, N.A., et al., <br>                              Defendants. | Case No. 12-cv-07264-JLG <br> Judge James L. Graham |

<u>Order</u>

The court anticipates conducting a wide-ranging settlement discussion with counsel on January 7, 2013.  The court expects principals with ultimate settlement authority to attend.  Counsel should be prepared to present a one hour mock final argument, focusing on the principal issues, including scienter and reliance, and including quotations of anticipated of key witnesses' testimony.  The court would request the parties, in preparation for this meeting, to provide the court with their respective calculations of: (1) the total amount of plaintiffs' losses, (2) the settlement credits contemplated by the bar orders, and (3) the anticipated net amount of a plaintiffs' verdict, if plaintiffs prevail at trial.

The format of the mock final argument will be as follows: 45 minutes for plaintiffs' argument in chief; one hour for defendant's argument; and 15 minutes for plaintiffs' rebuttal. The mock final argument will be presented to the court in the presence of principals, and will be followed by discussions between the court and counsel regarding the likelihood of outcomes.

The court will give further consideration in the January 4, 2013 telephone conference to the exact format of the January 7, 2013 meeting, including the place in which it will be held. In the meantime, counsel should make the necessary preparations and arrange for the attendance of principals.

IT IS SO ORDERED.

> s/ James L. Graham
> JAMES L. GRAHAM
> United States District Judge

DATE: December 28, 2012